IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE PINO and SANDRA BALDI, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC., KRAFT FOODS GLOBAL, INC. ADMINISTRATIVE COMMITTEE, BENEFITS INVESTMENT COMMITTEE, and JIM DOLLIVE, KAREN MAY, MARC FIRESTONE, and PAMELA KING, all in their capacities as members of the Benefits Investment Committee and DOE DEFENDANTS 1-10,<br><br>Defendants. | CLASS ACTION COMPLAINT<br><br>Case No. 07-CV-1954 |

## NOTICE OF MOTION

Please take notice that on June 5, 2007 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs, George Pino and Sandra Baldi, shall appear before the Honorable Sidney I. Schenkier, Magistrate Judge of the United States District Court for the Northern District of Illinois in Courtroom 1700 at 219 South Dearborn Street, Chicago, Illinois, 60604, and will then and there present **Plaintiffs' Motion to Consolidate Related ERISA Class Actions and For the Appointment of Co-Lead ERISA Counsel**, a copy of which is enclosed herewith.

Dated: May 30, 2007

By: s/Andrae P. Reneau
Kenneth A. Wexler
Edward A. Wallace
Andrae P. Reneau
**WEXLER TORISEVAWALLACE LLP**
1 North LaSalle Street
Suite 2000
Chicago, IL  60602
Tel:  (312) 346-2222
Fax:  (312) 346-0022

Stephen J. Fearon, Jr.
**SQUITIERI & FEARON, LLP**
32 East 57th Street
12th Floor
New York, NY  10022
Tel:  (212) 421-6492

Thomas J. McKenna
**GAINEY & MCKENNA**
295 Madison Avenue
4th Floor
New York, NY  10017
Tel:  (212) 983-1300

## CERTIFICATE OF SERVICE

I, Andrae P. Reneau, hereby certify that I am one of plaintiffs' attorneys and I caused copies of the foregoing **Plaintiffs' Motion to Consolidate Related ERISA Class Actions and For the Appointment of Co-Lead ERISA Counsel** to be served on:

>Ronald J. Kramer
>Ian H. Morrison
>Kelly A. Powis
>SEYFARTH SHAW LLP
>**131 s. Dearborn Street, Suite 2400**
>Chicago, IL 60603
>Telephone: (312) 460-5000
>Facsimile: (312) 460-7000
>
>*Counsel for Defendants Kraft Foods Global, Inc., Kraft Foods Global, Inc. Administrative Committee, Benefits Investment Committee, Jim Dollive, Karen May, Marc Firestone and Pamela King*

via the Court's Electronic Filing System, and

>Jerome J. Schlicter
>Elizabeth J. Hubertz, Esq.
>SCHLICHTER, BOGARD & DENTON
>120 W. Main Street, Suite 208
>Belleville, IL 62220
>
>100 South Fourth Street, Suite 900
>St. Louis, MO 63102
>Fax: 314-621-7151
>
>*Counsel for Plaintiffs Gerald George, Cathy Dunn, Jeanette Burghy, Timothy Streff and Andrew Swanson, individually and as representatives of a class of similarly situated persons, in N.D. Ill. Case No. 07-cv-1713*

via facsimile and U.S. Mail , with proper postage prepaid, this 30th day of May, 2007.

>　　　　　　　　　　　/s/ Andrae P. Reneau