## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**PIRO,** *et al.***,**

      **Plaintiffs,**

                                   **Case No. 1:07-cv-1954**

**v.**

**KRAFT FOODS GLOBAL, INC.,**
*et al.***,**

      **Defendants.**


### <u>NOTICE OF MOTION TO INTERVENE</u>

Please take notice that on **June 5, 2007 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs-Intervenors, shall appear before the Honorable Sidney I. Schenkier, Magistrate Judge of the United States District Court for the Northern District of Illinois in Courtroom 1700 at 219 South Dearborn Street, Chicago, Illinois, 60604, and will there and then present Plaintiff-Intervenors' Motion to Intervene, a copy of which is transmitted herewith.


Dated:  May 31, 2007                   Respectfully submitted,


                               **Schlichter, Bogard & Denton**

                               __/s/ Elizabeth J. Hubertz__
                               Jerome J. Schlichter
                               Elizabeth J. Hubertz
                               100 South Fourth Street
                               Suite 900
                               St. Louis, MO 63102
                               Tel:    314-621-6115
                               Fax:   314-621-7151
                               jschlichter@uselaws.com
                               ehubertz@uselaws.com
                               Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that on May 31, 2007, a copy of the foregoing Motion to Intervene was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Elizabeth J. Hubertz
Elizabeth J. Hubertz
Schlichter, Bogard & Denton
100 South Fourth Street
Suite 900
St. Louis, Missouri 63102
Phone: (314) 621-6115
Fax: (314) 621-7151
E-mail: ehubertz@uselaws.com