WEXLER TORISEVA WALLACE LLP
Kenneth A. Wexler
Andrae P. Reneau
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Phone: 312-346-2222
Fax: 312-346-0022

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD GEORGE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC., et al.,<br><br>Defendants. | CASE NO. 1:07-cv-01713<br><br>Magistrate Judge Sidney I. Schenkier |
| GEORGE PI[R]O, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC., et al.,<br><br>Defendants. | CASE NO. 1:07-cv-1954<br><br>**NOTICE OF DISMISSAL AND [PROPOSED] ORDER VOLUNTARILY DISMISSING CLAIMS BY PLAINTIFF GEORGE PIRO**<br><br>Magistrate Judge Sidney I. Schenkier |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff George Piro voluntarily dismisses his claims asserted in the Action against defendants.

Dated: September 10, 2007

WEXLER TORISEVA WALLACE LLP

By: _____
Andrae P. Reneau
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
Fax: (312) 346-0022

SQUITIERI & FEARON
Stephen J. Fearon, Jr.
32 East 57th Street
12th floor
New York, New York 10022
Tel: (212) 421-6492
Fax: (212) 421-6553

GAINEY & MCKENNA
Thomas J. McKenna
295 Madison Avenue, 4th Floor
New York, New York 10017
Tel: (212) 983-1300
Fax: (212) 983-0383

Attorneys for Plaintiffs Baldi and Piro

SEYFARTH SHAW LLP

By: _____/s/ Kelly Powis_____
Ronald J. Kramer
Ian H. Morrison
Kelly A. Powis
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Tel: (312) 460-5000
Fax: (312) 460-7000

Attorneys for Defendants

**SO ORDERED.**

Date: _____        _____
The Honorable Sidney I. Schenkier
United States District Magistrate Judge

## CERTIFICATE OF SERVICE

I, Andrae P. Reneau, hereby certify that I am one of plaintiffs' attorneys and I caused copies of the foregoing *Notice of Dismissal and [Propose] Order Voluntarily Dismissing Claims by Plaintiff George Piro* to be served on:

>Ronald J. Kramer
>Ian H. Morrison
>Kelly A. Powis
>Seyfarth Shaw LLP
>131 S. Dearborn Street, Suite 2400
>Chicago, IL 60603
>
>*Counsel for Defendants Kraft Foods Global, Inc., Kraft Foods Global, Inc. Administrative Committee, Benefits Investment Committee, Jim Dollive, Karen May, Marc Firestone and Pamela King*

via the Court's Electronic Filing System, and

>Jerome J. Schlicter
>Elizabeth J. Hubertz, Esq.
>Schlichter, Bogard & Denton
>100 South Fourth Street, Suite 900
>St. Louis, MO 63102
>Facsimile: (314) 621-7151
>
>*Counsel for Plaintiffs Gerald George, Cathy Dunn, Jeanette Burghy, Timothy Streff and Andrew Swanson, individually and as representatives of a class of similarly situated persons, in N.D. Ill. Case No. 07-cv-1713*

>Thomas J. McKenna                     Stephen J. Fearon Jr.
>Gainey & McKenna                      Squitieri & Fearon, LLP
>295 Madison Avenue, 4th Floor         32 E. 57th Street, 12th Floor
>New York, NY 10017                    New York, NY 10022
>Facsimile: (212) 983-0383             Facsimile: (212) 421-6553
>
>*Counsel for Plaintiffs George Piro and Sandra Baldi*

via facsimile and U.S. Mail, with proper postage prepaid, this 10th day of September, 2007.

>/s/ Andrae P. Reneau
>Andrae P. Reneau
>Wexler Toriseva Wallace LLP
>55 W. Monroe Street, Suite 3300
>Chicago, IL 60603
>(312) 346-2222 – Telephone
>(312) 346-0022 – Facsimile