### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE PI[R]O and SANDRA BALDI, Individually and on behalf of all others similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs<br><br>KRAFT FOODS GLOBAL, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 07-CV-1954<br><br>Magistrate Judge Sidney I. Schenkier |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the new contact information for the Chicago office of Wexler Toriseva Wallace LLP will be as follows:

> WEXLER TORISEVA WALLACE LLP
> 55 West Monroe Street
> Suite 3300
> Chicago, Illinois 60603
> Telephone:  (312) 346-2222
> Facsimile:  (312) 346-0022
> www.wtwlaw.com

DATED:  September 10, 2007　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  /s/ Edward A. Wallace
　　　　　　　　　　　　　　　　　　　　　　Kenneth A. Wexler
　　　　　　　　　　　　　　　　　　　　　　Edward A. Wallace
　　　　　　　　　　　　　　　　　　　　　　Andrae P. Reneau
　　　　　　　　　　　　　　　　　　　　　　Wexler Toriseva Wallace LLP
　　　　　　　　　　　　　　　　　　　　　　55 W. Monroe Street, Suite 3300
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60603
　　　　　　　　　　　　　　　　　　　　　　(312) 346-2222 – Telephone

**CERTIFICATE OF SERVICE**

      I, Edward A. Wallace, hereby certify that I caused a copy of the foregoing *Notice of Change of Address* to be electronically filed.  Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

| | |
|---|---|
| Date:  September 10, 2007 | /s/  Edward A. Wallace |
| | Edward A. Wallace |
| | Wexler Toriseva Wallace LLP |
| | 55 W. Monroe Street, Suite 3300 |
| | Chicago, Illinois  60603 |
| | (312) 346-2222 – Telephone |
| | eaw@wtwlaw.com |