# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1954 | **DATE** | 9/12/2007 |
| **CASE TITLE** | Pino, et al. Vs. Kraft Foods Global | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/4/07 at 9:00 a.m. Pursuant to the stipulation filed on 9/10/07, plaintiff, George Piro, voluntarily dismisses all claims. Plaintiffs' motion for class certification is to be filed by 11/12/07. Defendant's response is to be filed by 1/11/08. Plaintiffs. reply is to be filed by 1/25/08. The parties are directed to conduct a Rule 26(f) planning conference by 9/26/07. The parties are to file a joint report of planning conference (and deliver a courtesy copy to chambers) by 10/2/07, using the format specified by the Court in its standing order available on the Court's website.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | mm |
|---|---|---|