# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1954 | **DATE** | 4/8/2008 |
| **CASE TITLE** | PI[R]O et al   vs.   KRAFT FOODS GLOBAL INC et al | | |

**DOCKET ENTRY TEXT**

Pursuant to FRCP 41(a)91)(ii), this action is dismissed.  All parties shall bear own costs and fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|