# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD GEORGE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRAFT FOODS GLOBAL, INC., et al., <br><br> Defendants. | Case No. 1:07-cv-01713 <br><br> Magistrate Judge Sidney I. Schenkier |
| GEORGE PI[R]O, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRAFT FOODS GLOBAL, INC., et al., <br><br> Defendants. | CASE NO. 1:07-cv-1954 <br><br> Magistrate Judge Sidney I. Schenkier |

### NOTICE OF DISMISSAL AND [PROPOSED] ORDER
### VOLUNTARILY DISMISSING CLAIMS BY PLAINTIFF SANDRA BALDI

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sandra Baldi voluntarily dismisses her claims asserted in the Action against defendants. All parties shall bear their own costs and fees.

Dated: April 7, 2008

WEXLER TORISEVA WALLACE LLP

By: /s/ *Edward A. Wallace*
    Edward A. Wallace
    Wexler Toriseva Wallace LLP
    55 West Monroe, Suite 3300
    Chicago, Illinois 60603
    Telephone: (312) 346-2222
    Facsimile: (312) 346-0022

Stephen J. Fearon, Jr.
Squitieri & Fearon
32 East 57th Street, 12th floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

Thomas J. McKenna
Gainey & McKenna
295 Madison Avenue, 4th Floor
New York, New York 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

*Attorneys for Plaintiff Sandra Baldi*

**SEYFARTH SHAW LLP**

By: /s/ *Ronald J. Kramer*
Ronald J. Kramer
Ian H. Morrison
Kelly A. Powis
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel: (312) 460-5000
Fax: (312) 460-7000

*Attorneys for Defendants*

SO ORDERED.

Date: 04/08/08

The Honorable Sidney I. Schenkier
United States ~~District~~ Magistrate Judge

## CERTIFICATE OF SERVICE

I, Edward A. Wallace, hereby certify that I am one of plaintiffs' attorneys and I caused copies of the foregoing *Notice of Dismissal and [Proposed] Order Voluntarily Dismissing Claims by Plaintiff Sandra Baldi* to be served on:

> Ronald J. Kramer
> Ian H. Morrison
> Kelly A. Powis
> Seyfarth Shaw LLP
> 131 S. Dearborn Street, Suite 2400
> Chicago, IL 60603

*Counsel for Defendants Kraft Foods Global, Inc., Kraft Foods Global, Inc. Administrative Committee, Benefits Investment Committee, Jim Dollive, Karen May, Marc Firestone and Pamela King*

via the Court's Electronic Filing System, and

> Jerome J. Schlichter
> Matthew H. Armstrong
> Nelson G. Wolff
> Daniel V. Conlisk
> Troy A. Doles
> Schlichter, Bogard & Denton
> 100 South Fourth Street, Suite 900
> St. Louis, MO 63102
> Facsimile: (314) 621-7151

*Counsel for Plaintiffs Gerald George, Cathy Dunn, Jeanette Burghy, Timothy Streff and Andrew Swanson, individually and as representatives of a class of similarly situated persons, in N.D. Ill. Case No. 07-cv-1713*

| Thomas J. McKenna | Stephen J. Fearon Jr. |
|---|---|
| Gainey & McKenna | Squitieri & Fearon, LLP |
| 295 Madison Avenue, 4th Floor | 32 E. 57th Street, 12th Floor |
| New York, NY 10017 | New York, NY 10022 |
| Facsimile: (212) 983-0383 | Facsimile: (212) 421-6553 |

*Counsel for Plaintiffs and Sandra Baldi*

via facsimile and U.S. Mail, with proper postage prepaid, this 7th day of April, 2008.

> /s/ Edward A. Wallace
> Edward A. Wallace
> Wexler Toriseva Wallace LLP
> 55 W. Monroe Street, Suite 3300
> Chicago, IL 60603
> (312) 346-2222 – Telephone
> (312) 346-0022 – Facsimile

3