# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1954 | **DATE** | 4/11/2008 |
| **CASE TITLE** | Pino, et al vs. Kraft Foods Global, et al. | | |

**DOCKET ENTRY TEXT**

The order of 4/8/08 (doc. # 52) was directed as to plaintiff Sandra Baldi only. The Court directs the Clerk of the Court to reopen the case as to the remaining plaintiffs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|