# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1954 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Pino vs. Kraft Foods Global, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The order of 4/11/08 directing the Clerk of the Court to reopen the case (doc. # 54) was entered in error. The Court directs the Clerk of the Court to terminate the case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|